In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-062 CV


____________________



IN RE HELMERICH & PAYNE, INC., AND 


HELMERICH & PAYNE INTERNATIONAL DRILLING CO.







Original Proceeding






 MEMORANDUM OPINION 


 On February 27, 2006, Helmerich & Payne, Inc., and Helmerich & Payne
International Drilling Co. filed this petition for writ of mandamus. We requested a response
from the real parties in interest. On April 12, 2006, the relators notified the Court that the
underlying case settled and that they were no longer requesting mandamus relief from the
Court.

 Accordingly, the stay order entered February 27, 2006, is vacated and this original
proceeding is dismissed without reference to the merits.

 WRIT DISMISSED.

 PER CURIAM

Opinion Delivered April 27, 2006

Before McKeithen, C.J., Gaultney and Horton, JJ.